Warren S. Wolf, Esquire (PA ID#70752)
CURETON CLARK, P.C.
3000 Midlantic Drive, Suite 200
Mt. Laurel, NJ 08054
(856) 824-1001
Attorneys for Gerald Coley

## UNITED STATES BANKRUTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: GERALD COLEY | : | Chapter 7 |
| | : | |
| Debtor. | : | Bky. No. 09-14999-ELF |

## AMENDMENT TO SCHEDULE C

The Debtor's Schedule C is hereby amended as follows:

| DESCRIPTION OF PROPERTY | LEGAL AUTHORITY | VALUE OF CLAIMED EXEMPTION | VALUE OF PROPERTY INCLUDING NON-DEBTOR WIFE'S INTERESTS |
|---|---|---|---|
| 158 Applegate Drive, West Chester, Pennsylvania | Section 522 (d)(1) | $18,620.75 | $670,000.00 |
| Cash | Section 522 (d)(5) | $1,600.00 | $3,200.00 |
| Joint Checking Account | Section 522 (d)(5) | $1,054.38 | $2,108.75 |
| Household Goods and Furnishings | Section 522 (d)(3) | $1,525.00 | $3,050.00 |
| Wearing Apparel | Section 522 (d)(3) | $500.00 | $1,000.00 |
| Furs and Jewelry | Section 522 (d)(4) | $300.00 | $300.00 |
| Household Furnishings of Piano and Gym Equipment | Section 522 (d)(3) | $750.00 | $1,500.00 |

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 3-9-10           BY: _____
                             GERALD COLEY

Q:\6254_COLEY\6254.002_COLEY-BANKRUPTC\Pleadings\Amendment to Schedule C.doc