UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
|     GERALD COLEY, | : | |
|                     Debtor(s). | : | Bky. No. 09-14999ELF |

## O R D E R

AND NOW, upon consideration of the Debtor's Motion to Avoid Judicial Lien of GMAC ("the Motion") (Doc. # 19), GMAC's Objection to the Debtor's Amended Claim of Exemptions ("the Objection") (Doc. # 44), and all responses thereto, and for the reasons set forth in the accompanying Memorandum,

It is hereby **ORDERED** that:

1. The Objection is **OVERRULED**.

2. The Debtor's claim of exemption under 11 U.S.C. §522(d)(1), in the amount of $18,620.75, of his interest in the real property located at 158 Applegate Drive, West Chester, Pennsylvania ("the Property") is **ALLOWED**.

3. The Motion is **GRANTED IN PART AND DENIED IN PART**.

4. The judicial lien against the Property arising from the judgment entered at Docket No. 09-04775 (C.P. Chester) is **AVOIDED EXCEPT TO THE EXTENT OF $11,605.67**.

Date: September 22, 2010

                                                ERIC L. FRANK
                                                U.S. BANKRUPTCY JUDGE